**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:04CR-00017-01ML |
| | ) | |
| STEPHEN PARISI | ) | |

**ORDER TO RELEASE PASSPORT**

**THIS CAUSE** having come before U.S. Magistrate Judge Robert W. Lovegreen for an order to release the defendant's passport which was surrendered as a condition of pretrial release,

**WHEREAS** the defendant has completed the term of his supervision on May 27, 2007 as ordered by this Court, it is hereby

**ORDERED** that the defendant's passport be released.

**ENTERED** as an order of this Honorable Court the 30th day of May, 2007.

ENTER:

Robert W. Lovegreen

Honorable Robert W. Lovegreen
Senior U.S. Magistrate Judge

PER ORDER:

Barbara Barletta

Deputy Clerk